# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-00397-REB-CBS

MILNER DISTRIBUTION ALLIANCE, INC.,

    Plaintiff,

v.

MILNER SPORTS, LLC, et al.

    Defendants.

## ORDER GRANTING JOINT MOTION TO STAY

**Blackburn, J.**

The matter before the court is the parties' motion to stay further proceedings in this case contained within their **Joint Notice of Settlement and Motion To Stay Proceedings Pending Approval of Settlement Agreement** [#41],[1] filed November 9, 2015. Having reviewed the motion and the file, and being advised of the premises, the court find that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' motion to stay further proceedings in this case contained within their **Joint Notice of Settlement and Motion To Stay Proceedings Pending Approval of Settlement Agreement** [#41], filed November 9, 2015, is granted;

2. That all further deadlines and proceedings in this matter are stayed pending further order of the court;

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That within **fourteen (14) days** of the entry of an order by the United States Bankruptcy Court for the District of Colorado determining the motion to approve the proposed settlement agreement, the parties shall either:

> (i) file a motion to dismiss this action; or,
>
> (ii) file a joint status report with this court identifying any remaining claims and disputes between the parties relevant to this action and proposing an appropriate course of action.

Dated November 12, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge