**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.: 15-CV-00397-REB-CBS

MILNER DISTRIBUTION ALLIANCE, INC., a Colorado corporation.

    Plaintiff,

v.

MILNER SPORTS, LLC d/b/a EPOCH EYEWEAR, a Colorado limited liability company,
365 SHADES, LLC, a Colorado limited liability company,
BRET MILNER, an individual,
REBECCA MILNER, an individual,
RANDALL SMITH, an individual,
DANIEL LYSYJ, an individual,
DEREK SMITH, an individual, and
STEVE HARMAN, an individual.

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#45],[1] filed December 21, 2015.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice, with the parties to pay their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#45], filed December 21, 2015, is approved;

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and  electronic case filing system (CM/ECF).  I use this convention throughout this order.

2.  That the Final Pretrial Conference and Trial Preparation Conference, set March 11, 2016, at 2:00 p.m., and the trial, set to commence on March 28, 2016, are vacated;

3.  That any pending motion, including but not limited to **Defendants' Motion for Summary Judgment** [#38], filed October 20, 2015, is denied as moot; and

4. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated December 23, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge